UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE L. PADEN and SANFORD WILLIAMS, JR., | : CIVIL ACTION NO. 3:16-CV-2565 |
| Plaintiff, | : |
| v. | : (JUDGE MARIANI) <br> : (Magistrate Judge Mehalchick) |
| JAMES WAGNER, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 3rd DAY OF SEPTEMBER 2019, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 105) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 105) is **ADOPTED** for the reasons set forth therein;

2. The Clerk of Court is directed to **CLOSE this case as to Plaintiff Andre L. Paden.**

Robert D. Mariani
United States District Judge