UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE L. PADEN,  :
SANFORD WILLIAMS, JR., and  :
JAMES WILLIAMS,  :CIVIL ACTION NO. 3:16-CV-2565
  :
  :
Plaintiffs,  :
  :(JUDGE MARIANI)
v.  :(Magistrate Judge Mehalchick)
  :
JAMES WAGNER, et al.,  :
  :
Defendants.  :
  :

## ORDER

AND NOW, THIS _____ DAY OF SEPTEMBER 2019, upon review of

Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 111)

concerning Plaintiff Sanford Williams' motion to file an amended complaint (Doc. 91) for

clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 111) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff Sanford Williams' motion to file an amended complaint (Doc. 91) is **DENIED**.

3. This matter is remanded to Magistrate Judge Mehalchick for further proceedings.

Robert D. Mariani
United States District Judge