## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANFORD WILLIAMS, JR., | : |
| | : CIVIL ACTION NO. 3:16-CV-2565 |
| | : |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Mehalchick) |
| | : |
| JAMES WAGNER, et al., | : |
| | : |
| Defendants. | : |
| | : |

### ORDER

AND NOW, THIS ___ DAY OF SEPTEMBER 2020, upon review of Magistrate

Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 153) for clear error

or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 153) is **ADOPTED**;[1]

2. Defendants' Motion for Summary Judgment (Doc. 125) filed by Defendants James

   Wagner and Austin Anglemyer is **DENIED IN PART** and **GRANTED IN PART**;

---

[1] The Court notes that, apart from Plaintiff's claim related to the application of handcuffs, the absence of merit regarding Plaintiff's conditions of confinement claim is pointed out by the Magistrate Judge (Doc. 153 at 12-14) rather than Defendants (Doc. 14-17) and Plaintiff did not object to the conclusion that summary judgment was properly granted on his conditions of confinement claim related to the temperature in the room in which he was held, food, and clothing.

3.  The Motion is **DENIED** as to Plaintiff's claim of excessive force arising from the application of his handcuffs;

4.  The Motion is **GRANTED** as to all other federal claims;

5.  This matter is **REMANDED** to Magistrate Judge Mehalchick for the purpose of determining whether the parties will consent to her jurisdiction for trial.

Robert D. Mariani
United States District Judge